UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re

CUSTOMS AND TAX ADMINISTRATION OF THE KINGDOM OF DENMARK (SKATTEFORVALTNINGEN) TAX REFUND SCHEME LITIGATION

This document relates to: 18-cv-10130 (LAK)

18-MD-2865 (LAK)

ECF Case

## STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO ANSWER OR MOVE THE AMENDED COMPLAINT FILED BY PLAINTIFF SKATTEFORVALTNINGEN

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned counsel that the time within which the Defendants Tveter LLC Pension Plan and Christopher Nowell may answer or otherwise respond to the Amended Complaint filed by Plaintiff Skatteforvaltningen in the above-captioned case is hereby extended up to and including October 23, 2020.

This is the Defendant's sixth request for an extension of time to answer or otherwise respond to the Amended Complaint. The Court granted the Defendants' previous requests.

No provision of this Stipulation and Order shall be construed as a waiver of, and Defendants expressly reserve, any and all defenses.

1

Dated: New York, New York
September 30, 2020

S/ Mark D. Allison

Mark D. Allison
CAPLIN & DRYSDALE, CHARTERED
600 Lexington Avenue, 21st Floor
New York, New York 10022
Phone: (212) 379-6060
Email: mallison@capdale.com

*Counsel for Defendants
Tveter LLC Pension Plan
Christopher Nowell*

S/Marc A. Weinstein (e-signed with consent)

Marc A. Weinstein
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
Phone: (212) 837-6000
Email: marc.weinstein@hugheshubbard.com

*Counsel for Plaintiff
Skatteforvaltningen*

SO ORDERED:

_____
Hon. Lewis A. Kaplan
United States District Judge

10/14/2020