UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re

CUSTOMS AND TAX ADMINISTRATION OF
THE KINGDOM OF DENMARK
(SKATTEFORVALTNINGEN) TAX REFUND
SCHEME LITIGATION

This document relates to: 18-cv-10130.

MASTER DOCKET

18-md-2865 (LAK)

## STIPULATION AND ORDER OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Skatteforvaltningen ("SKAT") and Defendants Tveter LLC Pension Plan ("Tveter") and Christopher Nowell ("Nowell") hereby stipulate and agree that SKAT's action against Defendants Tveter and Nowell, captioned *Skatteforvaltningen v. Tveter LLC Pension Plan, et al.*, No. 18-cv-10130-LAK, that is part of these consolidated proceedings is hereby voluntarily dismissed by SKAT, with prejudice, with each party bearing its own costs and attorney's fees.

Dated: New York, New York
January 29, 2021

By: *Marc A. Weinstein* /CJH
   Marc A. Weinstein
   HUGHES HUBBARD & REED LLP
   One Battery Park Plaza
   New York, New York 10004-1482
   Telephone: (212) 837-6000
   Fax: (212) 422-4726
   marc.weinstein@hugheshubbard.com

*Counsel for Plaintiff Skatteforvaltningen
(Customs and Tax Administration of the
Kingdom of Denmark)*

By: [signature]
   Mark D. Allison
   CAPLIN & DRYSDALE, CHARTERED
   600 Lexington Avenue, 21st Fl.
   New York, NY 10022
   Telephone: (212) 379-6060
   Fax: (212) 379-6001
   mallison@capdale.com

*Counsel for Defendants Tveter LLC Pension
Plan and Christopher Nowell*

SO ORDERED:

/s/ Lewis A. Kaplan  /BT    01/29/2021
_____
       Lewis A. Kaplan
      United States District Judge